PS 42
(8/96 D/CO)

# United States District Court

## District of Colorado

| | |
|---|---|
| **United States of America** ) | |
| ) | |
| vs ) | |
| ) | |
| **Joseph Tyler** ) | Case No. 06-cr-00415-EWN-01 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Joseph Tyler, have discussed with Emily Valentin, Probation Officer, modification of my release as follows:

Placement in a Residential Re-Entry Center (RRC) for up to 180 days, to commence at the direction of the probation officer.

I consent to this modification of my release conditions and agree to abide by this modification.

_Joseph Tyler_    12/12/06    _Emily Valentin_    12-12-06
Signature of Defendant    Date    Probation Officer    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____    12/14/06
Signature of Defense Counsel    Date

_T. A. M_    1-16-07
Signature of Assistant U.S. Attorney    Date

[X]    The above modification of conditions of release is ordered, to be effective on
_____.

[ ]    The above modification of conditions of release is <u>not</u> ordered.

_____    2-5-07
Signature of Judicial Officer    Date