IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 06-cr-00415-EWN-01

UNITED STATES OF AMERICA,

  Plaintiff,

vs.

JOSEPH TYLER,

  Defendant.

## ORDER CONTINUING TERM OF PROBATION

  THIS MATTER was before the Court upon a petition filed by the probation officer alleging that the defendant had violated the conditions of his probation. On April 11, 2008, the defendant admitted to the violations of probation as alleged in the probation officer's petition. The Court found that the defendant had violated the terms and conditions of probation and continued disposition of the matter until August 22, 2008.

  THE COURT, having heard statements by the defendant, defense counsel, counsel for the government, and the probation officer, hereby

  ORDERS that the defendant's supervision be continued and that all original conditions of supervision remain in full force and effect. The Court

  FURTHER ORDERS that the defendant remain at the Residential Reentry Center until he secures a residence that is approved by the probation officer.

  DATED at Denver, Colorado, this 25th day of August, 2008.

      BY THE COURT:

      s/ Edward W. Nottingham
      EDWARD W. NOTTINGHAM
      Chief United States District Judge